1  Michael T. Hornak (State Bar No. 81936)
   email: mhornak@rutan.com
2  Ronald P. Oines (State Bar No. 145016)
   email: roines@rutan.com
3  Alejandro S. Angulo (State Bar No. 217823)
   email: aangulo@rutan.com
4  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
5  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
6  Facsimile: 714-546-9035

7  Attorneys for Plaintiff and Counterdefendant HID GLOBAL CORPORATION and
   Plaintiff ASSA ABLOY AB
8

9              UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
11

12 HID GLOBAL CORPORATION, a          Case No. SACV06-1245 AHS(ANx)
   Delaware corporation; and ASSA
13 ABLOY AB, a Swedish Limited        Hon. Alicemarie H. Stotler
   Liability Company,                 Courtroom: 10A
14
15              Plaintiffs,            STIPULATION FOR DISMISSAL OF
                                       ENTIRE ACTION PURSUANT TO
16      vs.                            F.R.C.P. 41(a)

17 XCEEDID CORPORATION, a              [Filed concurrently with [Proposed] Order
   Delaware corporation; and DOES 1    of Dismissal of Entire Action]
18 through 10, inclusive,
                                       Date Action Filed:    Dec. 21, 2006
19              Defendants.            Discovery Cutoff:     Feb. 22, 2008
                                       Pretrial Conference:  July 14, 2008
20                                     Trial Date:           Aug. 12, 2008

21 AND RELATED COUNTERCLAIMS.
22

23                          **STIPULATION**

24      WHEREAS, on or about May 8, 2007, plaintiff and counterdefendant HID
25 Global Corporation ("HID") and plaintiff Assa Abloy AB ("Assa Abloy") filed their
26 First Amended Complaint ("FAC") against defendant and counterclaimant XceedID
27 Corporation ("XceedID") for (1) Federal Trademark Infringement, (2) Common
28 Law Trademark Infringement, (3) Federal Unfair Competition, (4) Misappropriation

of Trade Secrets, (5) Common Law Unfair Competition, (6) Violation of California Business and Professions Code §§ 17200 et seq., and (7) Declaratory Relief.

WHEREAS, on or about July 16, 2007, XceedID filed its Answer to the FAC and First Amended Counterclaim against HID for (1) Federal False Advertising, (2) Intentional Interference With Economic Relations, and (3) Intentional Interference With Prospective Economic Advantage.

WHEREAS, on or about August 6, 2007, plaintiff and counterdefendant HID filed its Reply to the First Amended Counterclaim of XceedID.

WHEREAS, on or about January 29, 2008, the parties entered into a Settlement Agreement.

WHEREAS, the parties have agreed that HID and Assa Abloy will dismiss all of the claims in the FAC with prejudice.

WHEREAS, the parties have agreed that XceedID will dismiss all of the counterclaims in the First Amended Counterclaim with prejudice.

**IT IS HEREBY STIPULATED AND AGREED**, by and between HID and Assa Abloy, on the one hand, and XceedID, on the other hand, by and through their respective counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in light of the executed Settlement Agreement between the parties, that this action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: ~~January~~ February 5, 2008

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
ALEJANDRO S. ANGULO

By: /s/ Michael T. Hornak
Michael T. Hornak
Attorneys for Plaintiff and Counterdefendant HID GLOBAL CORPORATION and Plaintiff ASSA ABLOY AB

| | |
|---|---|
| 1   Dated: January 29, 2008 | MARSHALL, GERSTEIN & BORUN<br>BRADFORD P. LYERLA<br>JON-THOMAS BLOCH<br><br>LINER YANKELEVITZ SUNSHINE &<br>REGENSTREIF<br>ROBERT OLIVER<br><br>By: _____<br>Robert Oliver<br>Attorneys for Defendant and<br>Counterclaimant XCEEDID<br>CORPORATION |

# PROOF OF SERVICE BY E-MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On February 5, 2008, I served on the interested parties in said action the within:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated below:

Robert Oliver, Esq.
roliver@linerlaw.com
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
(Attorneys for Defendant and Counterclaimant
XCEEDID CORPORATION)

Bradford P. Lyerla
blyerla@marshallip.com
John Thomas Bloch
Marshall, Gerstein & Borun
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Executed on February 5, 2008, at Costa Mesa, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____Katie McGinn_____          _____(Signature)_____
(Type or print name)

2118/025100-0002
870636.01 a12/14/07